UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CHARLES E. SCOTT,

            **Plaintiff,**

v.                                         No. 4:22-cv-0326-P

MORAY OF THE CITY
FROWTHER, et al.,

            **Defendants.**

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

    The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

    Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

    **SO ORDERED** this **29th day** of **June, 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE